IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 22- |
| MARC ANTHONY<br>   a/k/a "NASIR JOHNSON" | : |

<u>ORDER FOR BENCH WARRANT</u>

AND NOW, this 26th day of May, 2022, on motion of Jennifer Arbittier Williams, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

/s/ ELIZABETH T. HEY
_____
HONORABLE ELIZABETH T. HEY
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.  22- |
| MARC ANTHONY<br>    A/K/A "NASIR JOHNSON" | : | |

MOTION FOR BENCH WARRANT

AND NOW, this 26th day of May, 2022, Jennifer Arbittier Williams, United States Attorney for the Eastern District of Pennsylvania, and Thomas M. Zaleski, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
United States Attorney


/s Thomas M. Zaleski
Thomas M. Zaleski
Assistant United States Attorney