IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: May 8, 2024 |
| vs. | : | |
| | : | |
| MARC ANTHONY | : | CRIMINAL NO. 22-164 |

USM No. 03543-510
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19106

## NOTICE OF HEARING

**TAKE NOTICE** that the above-named defendant has been scheduled for **CHANGE OF PLEA HEARING** on **May 13, 2024** at **2:00 P.M.,** before the **Honorable Gerald J. Pappert** in Courtroom **11-A** of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.
☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

             Michael Coyle,
             Deputy Clerk to Judge Pratter

            Notice to:
             Defendant
             Nancy MacEoin, Esq., Defense Counsel
             Thomas M. Zaleski, A.U.S.A.
             U.S. Marshal
             Probation Office
             Pretrial Services
             Interpreter Coordinator